**F. W. FITCH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 11306.

Circuit Court of Appeals, Eighth Circuit.

April 12, 1940.

A. F. Schaetzle, of Des Moines, Iowa, for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals affirmed in conformity with opinion (filed January 29, 1940), judgment and mandate of Supreme Court, 60 S.Ct. 427, 84 L.Ed. ——, and petition to review dismissed without taxation of costs in favor of either of the parties in this Court. Former opinion of Circuit Court of Appeals, 8 Cir., reported 103 F.2d 702.